IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
_____
                                        )
WAVERLEY VIEW INVESTORS, LLC,           )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    No. 15-371L
                                        )
THE UNITED STATES OF AMERICA,           )    Judge Susan G. Braden
                                        )
        Defendant.                      )
_____)
```

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR EXPEDITED SUMMARY JUDGMENT**

Defendant, the United States, hereby moves pursuant to Rules 6(b) and 7(b) of the Rules of the United States Court of Federal Claims ("RCFC") for an extension of time to respond to Plaintiff's Motion for Expedited Summary Judgment filed April 17, 2015 (ECF No. 7). Pursuant to RCFC 7.2(b), the United States' response to Plaintiff's motion currently is due on Monday, May 18, 2015. The United States requests a 30-day extension of time, until June 18, 2015, to file its response. Prior to filing this motion, counsel for the United States conferred with Plaintiff's counsel, and Plaintiff consents to this extension of time.

The United States requests this extension of time, because the parties have begun to explore the possibility of resolving this matter without further litigation. The extension of time to respond to Plaintiff's motion, will enable the parties to focus on amicably resolving this matter rather than perpetuating their dispute through litigation. If the parties are making progress in their discussions, the United States may request an additional extension of time to respond to Plaintiff's motion. This motion does not affect any other current deadlines.

//

//

- 2 -

The United States therefore requests an extension of time of 30 days, until June 18, 2015, to respond to Plaintiff's Motion for Expedited Summary Judgment.

    Respectfully submitted,

    JOHN C. CRUDEN
    Assistant Attorney General

    s/ *Bruce K. Trauben*
    BRUCE K. TRAUBEN
    Natural Resources Section
    Environment and Natural Resources Division
    United States Department of Justice
    P.O. Box 7611
    Washington, D.C.  20044-7611
    Tel.:   (202) 305-0238
    Fax:   (202) 305-0506
    E-mail: bruce.trauben@usdoj.gov

Filed:  May 13, 2015